## Davis v. Commonwealth.

December 9, 1949.

Leonard Davis for appellant.

A. E. Funk, Attorney General, and H. D. Reed, Jr., Assistant Attorney General, for appellee.

JUDGE LATIMER—Dismissing appeal.

From a judgment of conviction in which appellant was given a fine of $20 and 30 days in jail, appellant moved this court to grant him an appeal. This court

has no jurisdiction of an appeal where the fine is less than $50 and the term of imprisonment does not exceed 30 days. Criminal Code of Practice, sec. 347; Kirk v. Commonwealth, 294 Ky. 5, 170 S. W. 2d 876; and Compton v. Commonwealth, 270 Ky. 51, 109 S. W. 2d 16.

The appeal is dismissed.